UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JON C. AMEDEE,

    Plaintiff,

v.

CITIMORTGAGE, INC.,

    Defendant.

Case No. 13-cv-03040-VC

**ORDER**

On April 14, 2014, the defendant filed a motion to dismiss and a motion to strike. (Docket Nos. 42 and 43). The plaintiff's responses were due April 28, 2014. As of the date of this Order, the Court has not received any response from the plaintiff. Accordingly, the plaintiff is directed to file a response within ten days of this Order, or the case will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May 22, 2014

_____
VINCE CHHABRIA
United States District Judge