UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

JON AMEDEE,

    Plaintiff,

v.

CITIMORTGAGE, INC., et al.,

    Defendants.

_____/

No. C 13-3040 VC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     June 20, 2014
Mediator:  Howard Herman

    IT IS HEREBY ORDERED that the request to excuse defendant CitiMortgage's client representative from appearing in person at the June 20, 2014, mediation before Howard Herman is GRANTED. The representative shall be available at all times to participate telephonically in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

June 17, 2014      By:                                         
Dated                                      Maria-Elena James
                                             United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California