UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON C. AMEDEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIMORTGAGE, INC.,<br><br>　　　　　Defendant. | 13-cv-03040-VC<br><br>**JUDGMENT** |

　　　The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

　　　**IT IS SO ORDERED.**

Dated: August 13, 2014

_____
VINCE CHHABRIA
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JON C. AMEDEE,

    Plaintiff,

v.

CITIMORTGAGE, INC.,

    Defendant.

Case No. 13-cv-03040-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/13/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jon C. Amedee
C/O Aegis Document Mailing/Facsimile Services
2287 Washington Avenue
San Leandro, CA 94577-5917

Dated: 8/13/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA